IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:26-CT-3116-D

| | | |
|---|---|---|
| WAYNE ANTHONY WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNNAMED DEFENDANTS, | ) | |
| | ) | |
| Defendants. | ) | |

On April 13, 2026, Wayne Anthony Williams ("Williams" or "plaintiff"), a state inmate proceeding pro se, filed a complaint under 42 U.S.C. § 1983 [D.E. 1]. On April 14, 2026, Magistrate Judge Jones issued an order of deficiency directing Williams to file his complaint on the forms prescribed for use by this court and to either pay the filing fee or file an application to proceed without prepayment of fees and affidavit [D.E. 3]. Williams moves to voluntarily dismiss the action [D.E. 4].

A plaintiff may dismiss an action voluntarily by filing a notice of dismissal before the adverse party files an answer or a summary judgment motion. See Fed. R. Civ. P. 41(a)(1)(A)(i). Otherwise, a dismissal may be effected "only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). Defendants have not filed an answer or a motion for summary judgment. Thus, Williams may voluntarily dismiss the action.

In sum, the court GRANTS plaintiff's motion for voluntary dismissal [D.E. 4] and DISMISSES WITHOUT PREJUDICE this action. The clerk shall close the case.

SO ORDERED. This _8_ day of May, 2026.

JAMES C. DEVER III
United States District Judge